IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DR. NAVIN BAROT | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL NO.: 1:14cv15-HSO-RHW |
| | § | |
| R.F. LAFFERTY & CO., INC., APEX | § | DEFENDANTS |
| CLEARING CORPORATION, f/k/a | § | |
| RIDGE CLEARING & | § | |
| OUTSOURCING SOLUTIONS, INC., | § | |
| TODD SHERMAN, and JOHN DOES | § | |
| 1-5 | § | |

## FINAL JUDGMENT

This matter came before the Court on the Motion to Dismiss this Action and Compel Arbitration [13] filed by Defendants R.F. Lafferty & Co., Inc., and Todd Sherman and joined by Defendant Apex Clearing Corporation, f/k/a Ridge Clearing & Outsourcing Solutions, Inc. [17].  Having fully reviewed and considered the parties' submissions, the record, and relevant legal authorities, the Court finds that in accord with the reasons more fully stated in its Memorandum Opinion and Order Granting Motion to Dismiss and Compelling Arbitration [26] entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Judgment is rendered in favor of R.F. Lafferty & Co., Inc., Todd Sherman, and Apex Clearing Corporation.  Plaintiff Dr. Navin Barot must submit his claims to arbitration, and this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 13th day of February, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE